1  DAYLE ELIESON
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  MARCELO ILLARMO, MABN 670079
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8944
6  Facsimile: (415) 744-0134
   E-Mail: Marcelo.Illarmo@ssa.gov
7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NAIM R. CONSTANDI, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:17-cv-02019-JCM-PAL <br><br> UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST) |

  Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Complaint, due on March 6, 2018 by 30 days, through and including April 6, 2018.

  Defendant respectfully requests this additional time because additional time is needed to file the certified administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

  Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on March 6, 2018.

Dated: March 6, 2018.

                    Respectfully submitted

                    DAYLE ELIESON
                    Acting United States Attorney

                    */s/ Marcelo Illarmo*
                    MARCELO ILLARMO
                    Special Assistant United States Attorney


IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2018

# CERTIFICATE OF SERVICE

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Cyrus Safa
E-mail: cyrus.safa@rohlfinglaw.com

Leonard Stone
Email: lstone@shookandstone.com

Dated *March 6, 2018*.

*/s/ Marcelo Illarmo*
**MARCELO ILLARMO**
Special Assistant United States Attorney
