Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LMoreno@shookandstone.com

Attorneys for Plaintiff
NAIM R. COSTANDI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAIM R. COSTANDI | Case No.: 2:17-cv-02019-JCM-PA |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Naim R. Costandi respectfully requests that the Court extend the time for Plaintiff to file her Motion for Reversal and/or Remand by 35 days from June 7, 2018 to July 12, 2018, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. Of Counsel for Plaintiff has conferred with Defendant's counsel, who has no opposition to this motion, on June 11, 2018.

-1-

1       This is Plaintiff's first request for an extension. As the Court may be aware
2 of Plaintiff's Of Counsel situation with other Social Security cases, Counsel's
3 mother has been fighting a losing battle with Systemic Lupus Erythematosus that
4 has required multiple surgeries these past two years due inflammation affecting the
5 kidneys and lungs. On February 6, 2018, Of Counsel's mother was taken to the
6 emergency room and was admitted to the hospital. On February 8, 2018, Of
7 Counsel's mother had a surgery to avoid further kidney obstruction due to the
8 Lupus inflammation and kidney infection.

9       On February 16, 2018, Of Counsel's husband's mother suffered two
10 ischemic strokes, requiring 24-hour daily care for her activities of daily living up to
11 present day, which Of Counsel has had to assist with. On March 28, 2018, Of
12 Counsel's mother was advised that another kidney surgery was medically
13 necessary. On May 8, 2018, Of Counsel's mother had the first of three procedures
14 to her kidney. On May 25, 2018, Of Counsel's mother was informed that the
15 kidney infection is not curable, and the first of three kidney surgeries will take
16 place July 17, 2018.

17       On June 7, 2018 at 3:30 a.m., Of Counsel's husband suffered a micturition
18 syncope resulting in a concussion, 17 staples to his head, and a blood transfusion.
19 Of Counsel was in the hospital with her husband on June 7, 2018 and required her
20 attention for 24-hour watch due to the concussion.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

This is not an ordinary circumstance for Of Counsel and Of Counsel sincerely apologizes to the Court for any inconvenience this may have cause.

DATE: June 11, 2018

Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Naim R. Costandi

Of Counsel:
Monica Perales
Attorney at Law

DATED: June 13, 2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-02019-JCM-PA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 10, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*
_____

Monica Perales
Attorneys for Plaintiff